UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 6:20-cv-00124 |
| v. § § | |
| BUTCH'S RATHOLE & ANCHOR SERVICE, INC., § § | JURY TRIAL REQUESTED |
| Defendant. § § § | |

## JOINT CLAIM CONSTRUCTION STATEMENT

The parties submit the below Joint Claim Construction Statement in accord with the Court's Order Governing Proceedings (ECF No. 14).

**A.    Consolidated Briefing**

The consolidated briefing by Plaintiff Cameron International Corporation is attached as Exhibit A. The consolidated briefing by Defendant Butch's Rathole & Anchor Service, Inc., is attached as Exhibit B.

**B.    Agreed-Upon Constructions**

The parties conferred but have been unable to reach agreement regarding the construction of any terms.

**C.    Disputed Claim Constructions**

The disputed terms, including each party's proposed construction for each disputed term, is attached as Exhibit C.

| | |
|---|---|
| DATED: August 26, 2020 | Respectfully submitted,<br><br>By: */s/ John R. Keville*<br>John R. Keville<br>Texas Bar No. 00794085<br>jkeville@winston.com<br>Merritt D. Westcott (*Pro Hac Vice*)<br>Texas Bar No. 24027091<br>mwestcott@winston.com<br>William M. Logan<br>Texas Bar No. 24106214<br>wlogan@winston.com<br>Evan D. Lewis (*Pro Hac Vice*)<br>Texas Bar No. 24116670<br>edlewis@winston.com<br>WINSTON & STRAWN LLP<br>800 Capitol Street, Suite 2400<br>Houston, Texas 77002<br>Telephone: (713) 651-2600<br>Facsimile: (713) 651-2700<br><br>ATTORNEYS FOR PLAINTIFF,<br>CAMERON INTERNATIONAL CORPORATION |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David G. Henry, Sr.
DHenry@GrayReed.com
Eric S. Tautfest
etautfest@GrayReed.com
Jared Hoggan
jhoggan@GrayReed.com
GRAY REED & MCGRAW LLP
900 Washington Avenue, Suite 800
Waco, Texas 76701


M. Jill Bindler
jbindler@GrayReed.com
David T. DeZern
ddezern@GrayReed.com
David M. Lisch
dlisch@GrayReed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201

ATTORNEYS FOR DEFENDANT BUTCH'S
RATHOLE & ANCHOR SERVICE, INC.

                                                                         */s/ John R. Keville*
                                                                          John R. Keville