# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BUTCH'S RATHOLE & ANCHOR SERVICE, INC.<br><br>Defendant. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 6:20-cv-00124<br><br>**JURY TRIAL REQUESTED** |

**JOINT IDENTIFICATION OF DISPUTED TERMS**
**AND THE PARTIES' PROPOSED CONSTRUCTIONS**

| U.S. Patent No. 9,915,132 ||||||
|---|---|---|---|---|---|
| No. | Claim Term(s) | Party Proposing Term(s) | Cameron's Proposed Construction(s) | Butch's Proposed Construction(s) |
| 1 | a single fluid conduit<br><br>(claim 9) | Defendant | plain and ordinary meaning | Indefinite |
| 2 | a single fluid conduit coupled to the well fracturing tree<br><br>(claim 9) | Defendant | plain and ordinary meaning, which is "a single fluid conduit coupled to a specific type of Christmas tree installed specifically for the fracturing process" | Indefinite |
| 3 | positioned at<br><br>(claim 9) | Defendant | "attached to or adjacent to" | Indefinite |
| 4 | comprising an additional well fracturing tree<br><br>(claim 12) | Defendant | plain and ordinary meaning, which is "adding another specific type of Christmas tree installed specifically for the fracturing process" | Indefinite |

1

| | U.S. Patent No. 10,385,645 | | | |
|---|---|---|---|---|
| No. | Claim Term(s) | Party Proposing Term(s) | Cameron's Proposed Construction(s) | Butch's Proposed Construction(s) |
| 1 | one and only one rigid fluid pathway (claims 1, 10, 20) | Defendant | plain and ordinary meaning | Indefinite |
| 2 | "at least one rigid fluid conduit" / "the at least one rigid fluid conduit" | Defendant | plain and ordinary meaning | Indefinite |
| 3 | pipe joints (claim 1) | Defendant | "lengths of pipe" | "structures for joining pipes" |
| 4 | outlet branch(es) (claims 2–4, 10, 13, 18) | Defendant | plain and ordinary meaning, which is "extension(s) from the shared trunk line" | Indefinite |
| 5 | the second connection block the second pipe the third studded connection (claim 14) | Defendant | plain and ordinary meaning | Indefinite |
| 6 | the second pipe the first pipe the third pipe (claim 15) | Defendant | plain and ordinary meaning | Indefinite |

2